■ LUTHER HUGHES, JR., Plaintiff, v MARION L. THOMPSON, Defendant. (Action No. 1.) LUTHER HUGHES, JR., et al., Appellants, v MARION L. THOMPSON, Defendant. (Action No. 2.) MARION L. THOMPSON, Third-Party Plaintiff, v KENT STARBIRD, Third-Party Defendant. (Action No. 3.) KENT STARBIRD, Fourth-Party Plaintiff, v UTICA MUTUAL INSURANCE COMPANY, Respondent, et al., Fourth-Party Defendant. (Action No. 4.)—Order unanimously modified to provide that in its management of the defense of the defendant Marion L. Thompson in Action No. 2, respondent Utica Mutual Insurance Company shall not interpose the defense of its insured's bankruptcy and, as modified, order affirmed, without costs. (Appeal from order of Monroe Supreme Court—substitution of parties.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ. [66 AD2d 1030.]

■ In the Matter of WILLIAM LAWSON et al., Petitioners, v CHARLES W. HILL, as Supervisor of the Town of Starkey, Respondent.—Proceeding dismissed upon stipulation. (Proceeding pursuant to Public Officer's Law, § 36 —removal of town supervisor from office.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr., and Witmer, JJ.

■ UNITED STATES FIRE INSURANCE COMPANY, Appellant-Respondent, v ALLSTATE INSURANCE COMPANY, Respondent-Appellant, et al., Defendants.— Amended order, granted December 27, 1977, unanimously modified by striking the first and the last two ordering paragraphs therefrom and substituting therefor a directive that plaintiff's motion for summary judgment is granted to the extent of declaring that each insurer is obligated to share equally in the defense of the underlying action but that liability to pay any judgment shall be determined in accordance with the outcome of the trial thereof and any appeal therefrom, and, as modified, that order and the order granted December 5, 1977 are affirmed, with costs to plaintiff (see *Cordial Greens Country Club v Aetna Cas. & Sur. Co.*, 41 NY2d 996). (Appeals from orders of Erie Supreme Court—summary judgment.) Present —Marsh, P. J., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.

■ FREDERICK F. ROWLAND et al., Respondents, v NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Appellant.—Order unanimously affirmed, with costs, for the reasons stated in the decision of Onondaga County Court, Gale, J. (Appeal from order of Onondaga County Court affirming judgment of Syracuse City Court—homeowner's insurance.) Present—Marsh, P. J., Moule, Cardamone, Simons and Schnepp, JJ.

■ KURT REISSNER et al., Respondents, v GLADYS THRASHER, Appellant. —Order unanimously affirmed, with costs, for the reasons stated in the memorandum decision at Special Term, Adams J. (Appeal from order of Chautauqua Supreme Court—summary judgment.) Present—Cardamone, J. P., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.

■ In the Matter of the Estate of ALBERT J. BECKLEY, Deceased.—Motion to vacate decree denied with leave to plaintiffs to move before the Cattaraugus County Surrogate's Court to vacate the ex parte decree (see CPLR 5704, subd [a]; *Matter of Willmark Serv. System*, 21 AD2d 478; on such application, see *Matter of Beckley*, 63 AD2d 855). [92 Misc 2d 965.]